474 A.2d 664

In the Matter of Estate of Stauffer.

Argued January 12, 1984. Victor A. Bihl, for appellants; Bruce Albert Feldman, for participating parties.

652

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Order affirmed on the comprehensive opinion of the Honorable Lee F. Swope, President Judge, Orphans' Court Division, Court of Common Pleas, Dauphin County.